# Court of Appeals
# of the State of Georgia

ATLANTA,  October 29, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0079.  ALFRED PERRY v. FRED GAMMAGE, DEPUTY WARDEN, et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

Appellant's motion to hold Respondents in contempt is also DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/29/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*  , Clerk.